NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOMENTA PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee,*

**AND**

**SANDOZ, INC.,**
*Plaintiff-Appellee,*

**v.**

**AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., WATSON PHARMACEUTICALS, INC. AND WATSON PHARMA, INC.,**
*Defendants-Appellants.*

---

2012-1062, -xxxx, -xxxx

---

Appeals from the United States District Court for the District of Massachusetts in case no. 11-CV-11681, Judge Nathaniel M. Gorton.

---

## ORDER

Upon consideration of the November 17, 2011 order expediting briefing on the merits of this appeal, the motions to consolidate this appeal with forthcoming

appeals, the motion for leave to file a corrected opening brief, the motion for leave to file public and confidential versions of its reply in support of its motion to stay the injunction, and the motions to amend the official caption to add Watson Pharma, Inc.,

IT IS ORDERED THAT:

(1) Oral argument for the merits of the appeal is scheduled to be held at 10 a.m., January 24, 2012, in Courtroom 201. The parties shall notify the clerk in writing of the name of the counsel who will present oral argument no later than January 9, 2012.

(2) The motions to consolidate will be granted and the official caption will be amended to add the appeal numbers from the district court's November 23, 2011 order denying their motion to dissolve the injunction and the district court's December 2, 2011 order denying their emergency motion for relief from the injunction, when those new appeals are docketed by this court.

(3) The motions to reform the caption are granted. Watson Pharma, Inc. is added to the caption. The revised official caption is reflected above.

(4) The motion to file a corrected opening brief is granted.

(5) The motion for leave to file public and confidential versions of its reply in support of its motion to stay the injunction is granted. The previously filed reply is withdrawn.

(6) A copy of this order shall be transmitted to the merits panel assigned to hear this case. Copies of the corrected opening briefs and confidential versions of the reply in support of the motion to stay shall be transmitted to the merits panel.

FOR THE COURT

**DEC 0 6 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Patricia A. Millett, Esq.
    Thomas P. Steindler, Esq.
    Robert S. Frank, Jr., Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 6 2011**

**JAN HORBALY**
**CLERK**